Case 1:08-cv-00207-OWW-TAG   Document 14   Filed 03/25/08   Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI HICKS,<br><br>        Plaintiff,<br><br>    vs.<br><br>SUPERIOR COURT OF CALIFORNIA,<br>COUNTY OF KERN, et al.,<br><br>        Defendants.<br>_____/ | Case No. 1:08-cv-00207 OWW TAG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS COMPLAINT<br>(Doc. 10)<br><br>ORDER TO DENY AS MOOT MOTION TO DISMISS<br>(Doc. 11) |

       On February 11, 2008, Plaintiff Traci Hicks ("Plaintiff"), a non-prisoner proceeding pro se, filed a document entitled "Notice of Petition and Verified Petition for Warrant of Removal of Three-Judge Panel; Wrongful Foreclosure, Conversion, Complaint to Quiet Title to Real Property Injunctive Relief 42 U.S.C. § 1983." (Doc. 1). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On March 5, 2008, the Magistrate Judge screened Plaintiff's complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6). The Magistrate Judge issued Findings and Recommendations, in which she recommended that Plaintiff's complaint be dismissed for failure to state a basis for federal jurisdiction or to allege claims upon which relief could be granted. (Doc. 10). On March 5, 2008, the Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen days. (Id.). No objections have been filed.

       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a <u>de novo</u> review of the case. Having carefully reviewed the entire file, the Court concludes that the Findings and

Recommendations filed on March 5, 2008, are supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (Doc. 10), filed March 5, 2008, are ADOPTED IN FULL;

2. Plaintiff Traci Hicks' complaint (Doc. 1) is DISMISSED WITH PREJUDICE for lack of jurisdiction and for failure to state a claim upon which relief could be granted;

3. Defendant U.S. Banks' Motion to Dismiss for Lack of Jurisdiction (Doc. 11) is DENIED as MOOT; and

4. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

**Dated:   March 25, 2008**            /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE